# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SANTE SANTHANAM CHARY § | |
| § | Civil Action No. 4:20-CV-111 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| CENTRAL MORTGAGE COMPANY § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 22nd day of March, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE